UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:  05-14190-CIV-MARTINEZ-LYNCH**

VINTAGE   RACING   MOTORS,   INC.,   a
Washington corporation,

      Plaintiff,

vs.

WALTER C. HILL, et al.,

      Defendants.

_____/

**ORDER RESETTING CALENDAR CALL AND SPECIALLY SETTING TRIAL DATE**

THIS CAUSE comes before the Court upon a *sua sponte* review of the record.  Due to unforeseen delay in a pending, specially-set, criminal trial, it is necessary to reset the instant case for trial.  Due to the fact that this case requires the presence of a number of witnesses from outside the United States, and in the interests of justice, the Court finds that it is appropriate to specially set the instant case.  It is hereby:

      **ORDERED AND ADJUDGED** that

1.     The calendar call currently scheduled to take place on Thursday, November 9, 2006, and currently scheduled trial dates are hereby **CANCELLED.**

2.     Trial is specially set to commence **in Miami** on  **Monday, April 16, 2007**, with a Calendar Call on **Thursday, April 12, 20067 at 1:30 p.m.**

3.     The parties may appear telephonically at Calendar Call.  The parties shall call Chambers at (305) 523-5590 on or before **Tuesday, April 10, 2006 at 4:30 p.m.** for instructions on how to appear telephonically.

4.     All remaining pretrial deadlines that have not already passed, as set forth in

Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Pretrial Order") (D.E. No. 17), signed on November 14, 2005, shall be recalculated from this new trial date.  The Court's Pretrial Order  (D.E. No. 17) shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this  6th day of November, 2006.

_____
JOSÉ E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record